IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JESSIE MABIEN, III, # 213897,** | : |
| Plaintiff, | : |
| vs. | :   **CIVIL ACTION 08-00728-CG-B** |
| **BOB RILEY, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that it is **ORDERED** that the federal claims be and are hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE and ORDERED** this 1st day of December, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE